**DENY; and Opinion Filed November 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01280-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-J**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Bridges, and Justice Stoddart
Opinion by Justice Bridges

Relator filed this petition for writ of mandamus as a supplement to his petition in cause number 05-15-01169-CV, *In re Amir-Sharif*. Because the Court disposed of cause number 05-15-01169-CV before receiving relator's supplement, we treat the supplement as a new petition for writ of mandamus. Relator's complaints concern the sequence of the trial court's handling of various motions in the case. Ordinarily, to obtain mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the record, we conclude that relator has failed to demonstrate the trial court has abused its discretion. We deny the petition.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

151280F.P05